**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

*(stamp, partially legible)* RICHARD W. NAGEL CLERK OF COURT

2025 SEP 29 AM 9: 42

U.S. DISTRICT COURT SOUTHERN DIST. OHIO EAST. DIV COLUMBUS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | CASE NO. *(handwritten)* |
| **Plaintiff,** | |
| v. | JUDGE *(handwritten signature)* |
| **CHAD OWENS** | **INFORMATION** |
| **Defendant.** | **18 U.S.C. §§ 2252(a)(2) & (b)(1)** |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
(Receipt of Child Pornography)

1.      In July 2024, the exact dates being unknown, in the Southern District of Ohio, the defendant, **CHAD OWENS**, did knowingly receive one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital files depicting prepubescent females engaged in sex acts with adults, masturbation, and the lascivious exhibition of their genitalia, anus, and pubic region.

       **In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).**

**DOMINICK S. GERACE II**
United States Attorney

*(signature)* Emily Czerniejewski

**EMILY CZERNIEJEWSKI** (IL 6308829)
Assistant United States Attorney